# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

--------------------------------

Case No. 6D2024-1190
Lower Tribunal No. 2016-CF-931

--------------------------------

JOHN CLARENCE THURBER, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

--------------------------------

Appeal from the Circuit Court for Charlotte County.
Shannon H. McFee, Judge.

June 9, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and NARDELLA and PRATT, JJ., concur.


Giovana Linale Upson, of Giovana Linale Upson, P.A., Naples, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Katherine Coombs Cline, Senior Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED